66,195-03   2-27-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

Pg1
Pg2

*To: Abel Acosta - Court Clerk at the Austin, Texas Court of Criminal Appeals

Hello, Mr. Acosta - I am a TDCJ - Texas Department of Justice Inmate - in the State Prison System, and *I am *needing to ask that you will please look inside my Austin, Texas Court of Criminal Appeals Docket - Folder - File Envelope Docket; and *please write down, and *send to me; all (4) - all four of my Court Cases *[Cause Numbers], *for the situation in which; I was charged for, and went to [both] - *Trial for, and was *sent to *prison for.* I do have a [Life Sentence].* I will list first, the [Main 3 - out of 4 charges] that I was found wrongly - *Guilty of at the Dallas, Texas Frank Crowley Courts Building. Mr. Acosta, on May 5, 2003; which was Monday, *I did go to my trial, which was held in Judge ~~Green's~~ Green's Court Room - the 282ND District Court; in the Frank Crowley Courts Building. That day I was wrongly found guilty ① 1st Degree Murder - ② [Aggravated Assault] and ③ [aggravated Assault], and *Mr. Acosta, seperate those 3 charges that I was found guilty of on Monday - May 5, 2015; way back in 1996 - ~~~~ ~~~~ I was found guilty of [Aggravated Assault].* all of the aggravated assaults are [1st Degree] Pg2

* [Continued from Page 1] : * Mr. Acosta, the [first 3 charges] that I listed for going to ~~you~~ trial for on * May 5, 2003; actually happened ~~around there~~ - on April 14, 2002 - early Sunday morning, at the [Dallas - Fort Worth - DFW Airport], in ~~Dall~~ Irving, Texas - ~~Dallas Texas~~ Dallas, Texas County - and the ~~second~~ [second case] for [Aggravated Assault - 1st Degree in 1996], happened in Irving, Texas at the [Big "Y" Pawnshop]. * Mr. Acosta, please today - this week, as soon as possible, - please help arrange to (send) me [4 Cause Numbers], for [all] 4 of those listed charges. * I really do need [all] 4 of those case - Cause Numbers sent to me, as soon as can be arranged. * Of course, all 4 of those charges are Felony Charges. * I would greatly very much appreciate all ~~your~~ of your help with sending me my request, for [all] four Case - Cause Numbers. * Take good care for now. * Thank You - - Scott Houchins - * Note: Mr. Acosta, for each of the Four Cause #'s Numbers, please list each charge for the Proper Cause Number out to the side of each charge; list the

* | My Adress | 3 DFW Airport Cause - #'s and the 1 Pawnshop #

Scott Houchins # 1174963

Bill Clements Unit - AdSeg 12 Bldg - E - 21 cell

9601 Spur 591

Amarillo, Texas 79107 - 9606

* Thank You